IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| VETERAN CONSTRUCTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEELER BARNEY AND ASSOCIATES MASONRY CONTRACTORS, INC., AND LEXON INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 2:14-CV-00021-F |

## ORDER

On the Joint Motion of Beeler Barney and Associates Masonry Contractors, Inc., and Veteran Constructors, Inc., to Stay 26(f) Conference, and this Court having fully considered the arguments, and being otherwise sufficiently advised, it is

**HEREBY ORDERED THAT:**

The Joint Motion to Stay 26(f) Conference be and is hereby granted.

This __8__ day of __May__, 2014.

_____
United States Magistrate Judge Robert B. Jones, Jr.